**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

| | |
|---|---|
| **FRED A. CONNER,** | **PLAINTIFF,** |
| **VS.** | **CIVIL ACTION NO. 4:05CV33-P-B** |
| **AMERICAN PUBLIC LIFE INSURANCE COMPANY,** | **DEFENDANT.** |

### ORDER

This matter comes before the court upon the defendant's motions to strike [43-1, 64-1, 65-1, 70-1] various supplements filed by the plaintiff in response to the defendant's motion for judgment on the pleadings and/or in support of the plaintiff's cross motion for summary judgment. After due consideration of the motions and the responses filed thereto, the court finds that the motions to strike should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The defendant's motions to strike [43-1, 64-1, 65-1, 70-1] are hereby **DENIED**; and

(2) Any further supplementation by either party in this case must first be approved by the court.

**SO ORDERED** this the 31st day of August, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE