**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**FRED A. CONNER,** **PLAINTIFF,**

**VS.** **CIVIL ACTION NO. 4:05CV33-P-B**

**AMERICAN PUBLIC LIFE**
**INSURANCE COMPANY,** **DEFENDANT.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Judgment on the Pleadings [23-1] is **DENIED**;

(2) Defendant's Motion to Stay Consideration of Plaintiff's Cross-Motion for Partial Summary Judgment [32-1] is **GRANTED**; and

(3) The parties are to contact the U.S. Magistrate Judge within 10 business days of this order to obtain a new scheduling order which shall include scheduling for class certification.

**SO ORDERED** this the 6th day of September, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE