# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**FRED A. CONNER**                                                                                  **PLAINTIFF**

**VS.**                                                      **CIVIL ACTION NO. 4:05cv33-P-B**

**AMERICAN PUBLIC LIFE INSURANCE COMPANY**                **DEFENDANT**

## AGREED ORDER REGARDING DISCOVERY

The Court being advised that the parties have reached an agreement relative to an earlier discovery dispute hereby orders as follows:

1. Defendant American Public Life Insurance Company ("APL") shall have twenty (20) days from this date within which to serve any supplemental responses to the initial interrogatories, requests for admissions, and requests for production of documents previously served by Plaintiff Fred Conner in June, 2005.

2. APL's supplemental responses shall be consistent with the issues in this case in light of the Court's ruling of June 6, 2006 denying APL's Motion for Judgment on the Pleadings.

3. Nothing in this Order is intended to require Defendant APL to answer discovery over appropriate objections nor to prevent Plaintiff Conner from filing a subsequent motion to compel in the event the responses ultimately filed pursuant to this Order are deemed to be improper by Plaintiff Conner.

**SO ORDERED** this the 6th day of November, 2006.

                                                                               /s/ Eugene M. Bogen
                                                                               UNITED STATES MAGISTRATE JUDGE